RECEIVED

SEP 21 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ROBERT JACKSON, III** | **CIVIL ACTION NO. 05-0446** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICHARD STALDER, ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

## JUDGMENT

For the foregoing reasons,

IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff's civil rights action is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915 (d)(2)(B) and for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

Monroe, Louisiana, this 21 day of September, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE